JOHN S. GORDON
United States Attorney
RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division
SALLY L. MELOCH (ca Bar # 133292)
Assistant United States Attorney
Chief, Major Crimes Section
CHERYL O'CONNER MURPHY (CA Bar # 173897)
Assistant United States Attorney
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0334

Attorney for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

APR   2 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

LODGED

APR 2   11 26 AM '02

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          ) No. CR 00-532-GHK
                                   )
            Plaintiff,             )
                                   )
       v.                          ) GOVERNMENT'S MOTION TO DISMISS
                                   ) INDICTMENT; ORDER TO DISMISS
                                   ) INDICTMENT
TIMOTHY FLETCHER ALVAREZ,          )
    aka, "Domingo,"                )
                                   )
            Defendant.             )
                                   )
_____)

       Pursuant to the terms of the plea agreement between the

United States Attorney's Office for the Central District of

California and defendant Timothy Fletcher Alvarez, aka

"Domingo,", in case nos. CR 00-532(A)-GHK and CR 00-533-GHK, and

pursuant to Rule 48 of the Federal Rules of Criminal Procedure,

and by leave of the court endorsed hereon, the government moves

to dismiss without prejudice the indictment in <u>United States v.</u>



1 | <u>Robert Garcia et al.</u>, CR-00-532-GHK, as to defendant Timonthy

2 | Fletcher Alvarez only.

3 |                              Respectfully submitted,

4 |                              JOHN S. GORDON
                                 United States Attorney
5 |
                                 RONALD L. CHENG
6 |                              Assistant United States Attorney
                                 Acting Chief, Criminal Division
7 |

8 |                              _____
                                 SALLY L. MELOCH
9 |                              Assistant United States Attorney
                                 Chief, Major Crimes Section
10 |
                                 Attorneys for Plaintiff
11 |                             United States of America

12 |
          IT IS SO ORDERED.
13 | This      day of April, 2002
14 |

15 |      **GEORGE H. KING**

16 | THE HONORABLE GEORGE H. KING
     United States District Judge
17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2

CERTIFICATE OF SERVICE BY MAIL

I, Marian Cannon, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this certificate was made, that on April 2, 2002 deposited in the United States mail in the United States Courthouse at 312 North Spring Street, Los Angeles, California, the above-entitled action, in an envelope bearing the requested postage, a copy of:

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT; ORDER TO DISMISS INDICTMENT**

addressed to:          Morton Boren, Esq.
                    205 South Broadway
                    Suite 600
                    Los Angeles, CA 90012

at his last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on April 2, 2002 Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.